IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT MONROE SMITH,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3993

Opinion filed November 3, 2015.

An appeal from an order of the Circuit Court for Bay County.
Hentz McClellan, Judge.

Robert Monroe Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kathryn Lane, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

  RAY, OSTERHAUS, AND WINOKUR, JJ., CONCUR